Case 2:21-cv-17121-MCA-CLW   Document 90   Filed 12/22/23   Page 1 of 2 PageID: 1271



# State of New Jersey

| | | |
|---|---|---|
| PHILIP D. MURPHY<br>*Governor* | OFFICE OF THE ATTORNEY GENERAL<br>DEPARTMENT OF LAW AND PUBLIC SAFETY<br>DIVISION OF LAW<br>25 MARKET STREET<br>PO BOX<br>TRENTON, NJ 08625-0 | MATTHEW J. PLATKIN<br>*Attorney General* |
| TAHESHA L. WAY<br>*Lt. Governor* | | MICHAEL T.G. LONG<br>*Director* |

December 22, 2023

**Via CM/ECF Only**
Honorable Madeline, Cox Arleo, U.S.D.J.
United States District Court
District of New Jersey
MLK Federal Building
50 Walnut Street
Newark, New Jersey 07101

  **Re:** **Caleb McGillvary v. James Galfy, et al.**
    **Civil Action No. 2:21-cv-17121**

Dear Judge Arleo:

  Kindly recall that this office represents Defendants, Union County Prosecutor's Office, Theodore Romankow, and Scott M. Peterson (hereinafter "UCPO Defendants"), in the above captioned matter. I received an electronic notification that Plaintiff has filed a motion to recuse Your Honor. *See* CM/EFC No. 89, filed December 15, 2023.

  If I am understanding Plaintiff's motion correctly, it appears that he is asking that Your Honor be recused because Your Honor allegedly participated in some kind of conspiracy to deprive him of his legal mail.

  At the outset, it is important to note that the UCPO Defendants ultimately take no position on this motion.



December 22, 2023
Page 2

    Should Your Honor have any questions or concerns, please do not hesitate to contact me at any time.

    Respectfully submitted,

    MATTHEW J. PLATKIN
    ATTORNEY GENERAL OF NEW JERSEY

By: */s/ Peter M. Draper*
    Peter M. Draper
    Deputy Attorney General
    Assistant Section Chief

Cc: Caleb L. McGillvary #1222665
    New Jersey State Prison
    P.O Box 861
    Trenton, New Jersey 08625

    All Counsel (*via* CM/ECF)