**Barbara Schwartz, Esq.**
Bar#030481983
37 Mountain Blvd.
Warren, N.J. 07059
Tel: (908) 963-9921
Facsimile: (631) 486-4740
Email: bsschw9211@yahoo.com

Dec. 29, 2023

**VIA CM/ECF ONLY**
Honorable Madeline Cox Arleo, U.S.D.J.
United States District Court
District of New Jersey
MLK Federal Building
50 Walnut Street
Newark, New Jersey 07101

    RE: **Caleb McGillvary v. James Galfy, Individually, and James Galfy as executor/agent of the Estate of Joseph J. Galfy, 111, et al.**   CLOSED
        Civil Action No. 2:21-cv-17121

Dear Judge Arleo:

    This office represents Defendants' James Galfy, Individually, and James Galfy as executor/agent of the Estate of Joseph J. Galfy, 111. I received an electronic notification, in the above matter, which matter is marked Closed, that Plaintiff has filed a motion to recuse Your Honor. See CM/EFC No. 89, filed December 15, 2023.

    Plaintiff's motion appears to be asking for Your Honor to be recused as he appears to allege that Your Honor has participated in some kind of conspiracy to deprive him of his legal mail. I have no knowledge or discovery that would substantiate such a

claim. The allegations appear to be baseless; and thus, I defer to this Court, regarding Plaintiff's motion.

Should any questions be presented by this Court, I request that Your Honor feel free to contact my office.

Respectfully Submitted.

Dated: Dec. 29, 2023          By: _____

Barbara Schwartz, Esq.

Bss/See Certification of Service attached.

## CERTIFICATION OF SERVICE

I certify that I electronically filed this Letter Brief and attached certification of service in this matter with the Clerk of the United States District Court Via CM/ECF.

I further certify that I have caused a copy of the Letter Brief to be mailed to Plaintiff pro se, Caleb McGillvary, via regular mail, to the following address of record.

> Caleb L. McGillvary
> Inmate No. #1222665/SBI102317G
> NJSP PO Box 861
> Trenton, New Jersey 08625-0861

All counsel of record has been served electronically.

I certify that the aforementioned is true to the best of my knowledge and if the aforementioned is willfully false I am subject to punishment.

Respectfully submitter,

By: *[signature]*

Barbara Schwartz, Esq.

Dated: December 29, 2023