Caleb L. McGillvary, Pro Se
#1222665/SBI#102317G NJSP
PO Box 861 Trenton, NJ 08625

APRIL 4 ,20 24

Clerk, US Dist. Ct. - DNJ
US Courthouse
50 Walnut St.
Newark, NJ 07102

     RE: Caleb L. McGIllvary v. James Galfy et al
     Civil Action No. 2:21-cv-17121-MCA-CLW
     Hon. Madeline Cox Arleo, U.S.D.J.
     Hon. Cathy L Waldor, U.S.M.J.

Dear Clerk;
    Please find enclosed and file onto the docket the original
of my motion, notice, declaration, and proposed order in support
of my motion for an order that the matters set forth in
Plaintiff's First Set of Requests for Admission be taken as
conclusively established under the terms of Rule 36; and proof
of service thereof; in the above-captioned matter.

                          Kind Regards,

                          Caleb L. McGillvary
                          In Propria Persona

ENCL:
CC: FILE

CLERK U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2024 APR 12 A 11: 07

PROOF OF SERVICE

I, Caleb L. McGillvary, declare pursuant to 28 U.S.C. 1746 that on today's date, I placed in the institutional mailing system here where I'm incarcerated at NJ State Prison 3rd & Federal Streets Trenton, NJ 08625; with First Class Postage prepaid to be sent via USPS Mail; the original and 3 copies of my motion, notice, declaration, and proposed order in support of my motion for an order that the matters set forth in Plaintiff's First Set of Requests for Admission be taken as conclusively established under the terms of Rule 36 to the Clerk of the USDC-DNJ at 50 Walnut St. Newark, NJ 07102 for filing; and a copy of each said document to Barbara Schwartz Attorney for James Galfy and the Estate of Joseph J. Galfy, Jr. at 37 Mountain Blvd. Warren, NJ 07059 for service.

I hereby invoke the prison mailbox rule.

I declare under penalty of perjury that the foregoing statements made by me are true and accurate.

Executed this 4th Day of _APRIL_, 20 24

Caleb L. McGillvary, Pro Se
#1222665/SBI#102317G NJSP
PO Box 861 Trenton, NJ
08625-0861

Caleb L. McGillvary, Pro Se
#1222665/SBI#102317G
New Jersey State Prison
Po Box 861
Trenton, New Jersey
08625-0861

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2024 APR 12 A 11: 07

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CALEB L. MCGILLVARY | ) CIVIL ACTION NO. |
| PLAINTIFF | ) 2:21-cv-17121-MCA-CLW |
| | ) Hon. Madeline Cox Arleo, USDJ |
| V. | ) Hon. Cathy L Waldor, USMJ |
| | ) |
| JAMES GALFY ET AL | ) |
| DEFENDADTS | ) |

MOTION FOR ORDER THAT FACTS OR GENUINENESS BE TAKEN
AS ESTABLISHED (Fed. R. Civ. P.36(a)(6), (b))

Relief Sought

Caleb L. McGillvary ("Plaintiff"), moves the court for an order
that the matters set forth in his declaration in support of
this motion, from his First Set of Requests for Admission, be
taken as conclusively established under the terms of Rule 36,
and that James Galfy, defendant, not be permitted to withdraw
or amend those admissions in this action.

Grounds for Relief

In support of this motion, Plaintiff shows:

1. On December 14, 2023, the Requests for Admissions attached
to this Motion as Exhibit A were served on James Galfy.

2. A true and correct copy of the Certificate of Service of
the Requests for Admissions is attached to this Motion as Exhibit
B.

3. James Galfy admitted the following to the Requests for
Admissions in his Response dated January 4, 2024:
a.) Defendant identified the body of Joseph J. Galfy, Jr. at
the University of Medicine and Dentistry of New Jersey

b.) During the identification described in Request No. 1, Junaid
Shaikh, M.D. was present

c.) Defendant has previously participated in criminal
investigations in which there were autopsies performed by a

1

medical examiner

d.) Defendant knew that Junaid Shaikh, by virtue of his being the medical examiner who conducted the autopsy of Joseph J. Galfy, Jr., was likely to be a witness in any homicide trial concerning Joseph J. Galfy, Jr

e.) The identification described in Request No. 1 occured prior to the disbursement of any of the Estate of Joseph J. Galfy, Jr.

f.) Defendant knew at the time of the identification described in Request No. 1 that the University of Medicine and Dentistry of New Jersey was the workplace of Junaid Shaikh.

g.) Defendant disbursed $150,000 from the estate of Joseph J. Galfy, Jr. to the University of Medicine and Dentistry of New Jersey

h.) Defendant's disbursement described in Request No. 7 occured subsequent to the identification described in Request No. 1

i.) On April 28, 2015, Defendant personally signed a check for $150,000 payable to the Rutgers University Center for Alcohol Studies

j.) Robert Pandina was the director of the Rutgers University Center for Alcohol Studies at the time of the disbursement described in Request No. 9

k.) Robert Pandina was consulted by the Union County Proscutor's Office in connection with the criminal case against Plaintiff for the alleged homicide of Joseph J. Galfy, Jr.

l.) Defendant obtained a Certification of Letters Testamentary regarding the Estate of Joseph J. Galfy, Jr. on March 21, 2016

m.) The Union County Prosecutor's Office wrote a letter to Plaintiff's counsel on March 23, 2016, the true copy of which was attached to the proposed amended complaint in the above-captioned case

n.) The Union County Prosecutor's Office contacted Defendant within 7 days prior to March 21, 2016

o.) Defendant's acquisition of the Certificate of Letters Testamentary described in Request No. 12 was a result of the Union County Prosecutor's Office contact described in Requst No. 14

p.) The Estate of Joseph J. Galfy, Jr. has a bank account at the Bank of America, Account # 381034636525, Bank # 02120033

q.) The bank account described in Request No. 16 is under the

2

care, custody, or control of James Galfy

r.) The disbursements from the Estate of Joseph J. Galfy, Jr. described in Requests No. 7 & 9 were both drawn from the bank account described in Request No. 16

s.) The disbursement described in Request No. 9 caused a conflict of interest with Robert Pandina that prevented him from testifying at Plaintiff's trial for the homicide of Joseph J. Galfy, Jr.

t.) Defendant was aware of the confilct of interest described in Request No. 19 subsequent to the meeting described in Request No. 14

u.) Defendant made no effort to correct his creation of the conflict of interest described in Request No. 19 after being made aware of it

v.) Defendant has made other disbursements from the Estate of Joseph J. Galfy from the account described in Request No. 16

4. as of today's date, James Galfy has completely failed to respond to the Requests for admissions, and is deemed by the Court Rules to have admitted each of the matters so requested.

5. In light of the foregoing facts, Fed. R. Civ. P. 36(a)(6), (b) specifically provides that the facts referred to in "3." above be taken as established for the purpose of this action.

Motion Papers

All of the facts needed to support this Motion are set forth in the Declaration of Caleb L. McGillvary.

This motion is based on the pleadings and papers on file in this action, this motion, the attached Notice of Motion and Exhibits, the declaration of Caleb L. McGillvary, and whatever evidence and argument is presented at the hearing of this motion.

Dated: 4/4/24

By: _____
Caleb L. McGillvary, Pro Se
#1222665/SBI#102317G NJSP
PO Box 861 Trenton, NJ
08625-0861

Caleb L. McGillvary, Pro Se
#1222665/SBI#102317G
New Jersey State Prison
Po Box 861
Trenton, New Jersey
08625-0861


UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CALEB L. MCGILLVARY | ) CIVIL ACTION NO. |
|     PLAINTIFF | ) 2:21-cv-17121-MCA-CLW |
| | ) Hon. Madeline Cox Arleo, USDJ |
|     V. | ) Hon. Cathy L Waldor, USMJ |
| | ) |
| JAMES GALFY ET AL | ) |
|     DEFENDADTS | ) |

NOTICE OF MOTION FOR ORDER THAT FACTS OR GENUINENESS BE TAKEN
AS ESTABLISHED (Fed. R. Civ. P.36(a)(6), (b)

TO: CLERK, ALL CAPTIONED PARTIES
        Please take notice that, on a date and time to be determined
by the Court, Plaintiff Caleb L. McGillvary ("Plaintiff") hereby
moves the Court for an order that the matters set forth in his
Declaration in support of this motion, from his First Set of
Requests for Admission, be taken as conclusively established
under the terms of Rule 36, and that James Galfy, defendant,
not be permitted to withdraw or amend those admissions in this
action

        As grounds for this motion, Plaintiff relies upon his
Declaration and Motion in support of this motion filed herewith.

        A proposed form of order is lodged herewith

Date: 4/4/24

_____
Caleb L McGillvary, Pro Se
#1222665/SBI#102317G NJSP
PO Box 861 Trenton, NJ
08625-0861

Caleb L. McGillvary, Pro Se
#1222665/SBI#102317G
New Jersey State Prison
Po Box 861
Trenton, New Jersey
08625-0861


UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CALEB L. MCGILLVARY | ) CIVIL ACTION NO. |
|     PLAINTIFF | ) 2:21-cv-17121-MCA-CLW |
| | ) Hon. Madeline Cox Arleo, USDJ |
|     V. | ) Hon. Cathy L Waldor, USMJ |
| | ) |
| JAMES GALFY ET AL | ) |
|     DEFENDADTS | ) |

ORDER THAT FACTS OR GENUINENESS BE TAKEN
AS ESTABLISHED (Fed. R. Civ. P.36(a)(6), (b))

The Motion of Caleb L. McGillvary for an order that the matters
set forth in his Declaration in support of this motion, adopted
by reference herein, from First Set of Requests for Admission
be taken as conclusively established under the terms of Rule
36, and that James Galfy, defendant, not be permitted to withdraw
or amend those admissions in this action was submitted on
_____[date]. The court has reviewed the papers
submitted and considered the arguments of counsel as well as
the authorities cited. Being so informed, and for good cause
shown:

IT IS ORDERED THAT:

1. The motion is GRANTED to the extent that:
   a. The facts that James Galfy is deemed to have admitted under
Rule 36 in Requests 1-22 of Plaintiff's First Set of Requests
For Admissions are conclusively established for the purposes
of this action and all others relating to such facts;
   b. All objections previously made to these requests for
admissions are waived or overruled.

Dated:

                                        _____
                         Hon. _____, U.S.D.J.

Caleb L. McGillvary, Pro Se
#1222665/SBI#102317G
New Jersey State Prison
Po Box 861
Trenton, New Jersey
08625-0861

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CALEB L. MCGILLVARY | ) CIVIL ACTION NO. |
| PLAINTIFF | ) 2:21-cv-17121-MCA-CLW |
| | ) Hon. Madeline Cox Arleo, USDJ |
| V. | ) Hon. Cathy L Waldor, USMJ |
| | ) |
| JAMES GALFY ET AL | ) |
| DEFENDADTS | ) |

DECLARATION IN SUPPORT OF MOTION FOR ORDER THAT FACTS OR
GENUINENESS BE TAKEN AS ESTABLISHED
(Fed. R. Civ. P. 36(a), (b))

I, Caleb L. McGillvary, hereby declare pursuant to 28 U.S.C.
1746 the folowing:

1. I am the pro se plaintiff in the above-captioned matter.

2. On February 14, 2024, I caused to be served on the attorney
of record for James Galfy Requests for Admissions pursuant to
Rule 36 of the Federal Rules of Civil Procedure. The Request
included the following:
"REQUEST No. 1: Defendant identified the body of Joseph J. Galfy,
Jr. at the University of Medicine and Dentistry of New Jersey

REQUEST No. 2: During the identification described in Request
No. 1, Junaid Shaikh, M.D. was present

REQUEST No. 3: Defendant has previously participated in criminal
investigations in which there were autopsies performed by a
medical examiner

REQUEST No. 4: Defendant knew that Junaid Shaikh, by virtue
of his being the medical examiner who conducted the autopsy
of Joseph J. Galfy, Jr., was likely to be a witness in any
homicide trial concerning Joseph J. Galfy, Jr

REQUEST No. 5: The identification described in Request No. 1
occured prior to the disbursement of any of the Estate of Joseph
J. Galfy, Jr.

REQUEST No. 6: Defendant knew at the time of the identification

1

described in Request No. 1 that the University of Medicine and
Dentistry of New Jersey was the workplace of Junaid Shaikh.

REQUEST No. 7: Defendant disbursed $150,000 from the estate
of Joseph J. Galfy, Jr. to the University of Medicine and
Dentistry of New Jersey

REQUEST No. 8: Defendant's disbursement described in Request
No. 7 occured subsequent to the identification described in
Request No. 1

REQUEST No. 9: On April 28, 2015, Defendant personally signed
a check for $150,000 payable to the Rutgers University Center
for Alcohol Studies

REQUEST No. 10: Robert Pandina was the director of the Rutgers
University Center for Alcohol Studies at the time of the
disbursement described in Request No. 9

REQUEST No. 11: Robert Pandina was consulted by the Union County
Proscutor's Office in connection with the criminal case against
Plaintiff for the alleged homicide of Joseph J. Galfy, Jr.

REQUEST No. 12: Defendant obtained a Certification of Letters
Testamentary regarding the Estate of Joseph J. Galfy, Jr. on
March 21, 2016

REQUEST No. 13: The Union County Prosecutor's Office wrote a
letter to Plaintiff's counsel on March 23, 2016, the true copy
of which was attached to the proposed amended complaint in the
above-captioned case

REQUEST No. 14: The Union County Prosecutor's Office contacted
Defendant within 7 days prior to March 21, 2016

REQUEST No. 15: Defendant's acquisition of the Certificate of
Letters Testamentary described in Request No. 12 was a result
of the Union County Prosecutor's Office contact described in
Requst No. 14

REQUEST No. 16: The Estate of Joseph J. Galfy, Jr. has a bank
account at the Bank of America, Account # 381034636525, Bank
# 02120033

REQUEST No. 17: The bank account described in Request No. 16
is under the care, custody, or control of James Galfy

REQUEST No. 18: The disbursements from the Estate of Joseph
J. Galfy, Jr. described in Requests No. 7 & 9 were both drawn
from the bank account described in Request No. 16

REQUEST No. 19: The disbursement described in Request No. 9
caused a conflict of interest with Robert Pandina that prevented
him from testifying at Plaintiff's trial for the homicide of

Joseph J. Galfy, Jr.

REQUEST No. 20: Defendant was aware of the confilct of interest described in Request No. 19 subsequent to the meeting described in Request No. 14

REQUEST No. 21: Defendant made no effort to correct his creation of the conflict of interest described in Request No. 19 after being made aware of it

REQUEST No. 22: Defendant has made other disbursements from the Estate of Joseph J. Galfy from the account described in Request No. 16

3. The Requests for Admissions attached to this Declaration as Exhibit A is a true and correct copy of the Request served on James Galfy.

4. The Certificate of Service and postage remit and return receipt attached as Exhibit B is a true and correct copy of the Certificate of Service attached to the Requests served on James Galfy and of the postage remit evidencing my mailing of same and of the return receipt evidencing James Galfy's receipt of same.

5. As of today's date, James Galfy has failed to respond within the 30 days alotted by the Court Rules, and is deemed to have admitted the Requests as true.

6. I declare under penalty of perjury that all documents attached hereto are true and accurate copies of the originals.

7. I declare under penalty of perjury that all of these facts are true and correct as of my own, personal knowledge.

Dated: __4/4/24__

By: _____
Caleb L. McGillvary, Pro Se
#1222665/SBI#102317G NJSP
PO Box 861 Trenton, NJ
08625-0861

# Exhibit A

Caleb L. McGillvary, Pro Se
#1222665/SBI#102317G
New Jersey State Prison
Po Box 861
Trenton, New Jersey
08625-0861

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CALEB L. MCGILLVARY | ) CIVIL ACTION NO. |
| PLAINTIFF | ) 2:21-cv-17121-MCA-CLW |
| | ) Hon. Madeline Cox-Arleo, USDJ |
| V. | ) Hon. Catherine L. Waldor,USMJ |
| | ) |
| JAMES GALFY ET AL. | ) |
| DEFENDANT | ) |

PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSIONS

PROPOUNDING PARTY: Caleb L. McGillvary
RESPONDING PARTY: James Galfy, The Estate of Joseph J. Galfy, Jr.
SET NO. 1

### Instructions

Caleb L. McGillvary requests that you admit all of the following matters for purposes of this action. Under the provisions of Rule 36 of the Federal Rules of Civil Procedure, you are required to respond to these Requests for Admissions, in writing, within 30 days of the service of these Requests. Your response must be signed as required by Rule 26(g) of the Federal Rules of Civil Procedure. If you fail to respond to these Requests for Admissions within the time allowed, every matter set forth in these requests may be deemed admitted and conclusively established against you for purposes of this action.

Requests that James Galfy and the Estate of Joseph J. Galfy, Jr.

ADMIT THAT:

REQUEST No. 1: Defendant identified the body of Joseph J. Galfy, Jr. at the University of Medicine and Dentistry of New Jersey Hospital

RESPONSE: _____

REQUEST No. 2: During the identification described in Request No. 1, Junaid Shaikh, M.D. was present

RESPONSE: _____

REQUEST No. 3: Defendant has previously participated in criminal investigations in which there were autopsies performed by a medical examiner

RESPONSE: _____

REQUEST No. 4: Defendant knew that Junaid Shaikh, by virtue of his being the medical examiner who conducted the autopsy of Joseph J. Galfy, Jr., was likely to be a witness in any homicide trial concerning Joseph J. Galfy, Jr.

RESPONSE: _____

REQUEST No. 5: The identification described in Request No. 1 occurred prior to the disbursement of any of the Estate of Joseph J. Galfy, Jr.

RESPONSE: _____

REQUEST No. 6: Defendant knew at the time of the identification described in Request No. 1 that the University of Medicine and Dentistry of New Jersey was the workplace of Junaid Shaikh.

RESPONSE: _____

REQUEST No. 7: Defendant disbursed $150,000 from the estate of Joseph J. Galfy, Jr. to the University of Medicine and Dentistry of New Jersey

RESPONSE: _____

REQUEST No. 8: Defendant's disbursement described in Request No. 7 occurred subsequent to the identification described in Request No. 1

RESPONSE: _____

REQUEST No. 9: On April 28, 2015, Defendant personally signed a check for $150,000 payable to the Rutgers University Center for Alcohol Studies

RESPONSE: _____

REQUEST No. 10: Robert Pandina was the director of the Rutgers University Center for Alcohol Studies at the time of the disbursement described in Request No. 9

RESPONSE: _____

2

REQUEST No. 11: Robert Pandina was consulted by the Union County Prosecutor's Office in connection with the criminal case against Plaintiff for the alleged homicide of Joseph J. Galfy, Jr.

RESPONSE: _____

REQUEST No. 12: Defendant obtained a Certification of Letters Testamentary regarding the Estate of Joseph J. Galfy, Jr. on March 21, 2016

RESPONSE: _____

REQUEST No. 13: The Union County Prosecutor's Office wrote a letter to Plaintiff's counsel on March 23, 2016, the true copy of which was attached to the proposed amended complaint in the above-captioned case

RESPONSE: _____

REQUEST No. 14: The Union County Prosecutor's Office contacted Defendant within 7 days prior to March 21, 2016

RESPONSE: _____

REQUEST No. 15: Defendant's acquisition of the Certificate of Letters Testamentary described in Request No. 12 was a result of the Union County Prosecutor's Office contact described in Request No. 14

RESPONSE: _____

REQUEST No. 16: The Estate of Joseph J. Galfy, Jr. has a bank account at the Bank of America, Account # 381034636525, Bank # 02120033

RESPONSE: _____

REQUEST No. 17: The bank account described in Request No. 16 is under the care, custody, or control of James Galfy

RESPONSE: _____

REQUEST No. 18: The disbursements from the Estate of Joseph J. Galfy, Jr. described in Requests No. 7 & 9 were both drawn from the bank account described in Request No. 16

RESPONSE: _____

REQUEST No. 19: The disbursement described in Request No. 9 caused a conflict of interest with Robert Pandina that prevented him from testifying at Plaintiff's trial for the homicide of Joseph J. Galfy, Jr.

RESPONSE: _____

REQUEST No. 20: Defendant was aware of the conflict of interest described in Request No. 19 subsequent to the meeting described in Request No. 14

RESPONSE: _____

REQUEST No. 21: Defendant made no effort to correct his creation of the conflict of interest described in Request No. 19 after being made aware of it

RESPONSE: _____

REQUEST No. 22: Defendant has made other disbursements from the Estate of Joseph J. Galfy from the account described in Request No. 16

RESPONSE: _____

Dated: ___2/14/24___

By: _____
Caleb L. McGillvary, Pro Se
#1222665/SBI#102317G NJSP
PO Box 861 Trenton, NJ
08625-0861

4

CERTIFICATE OF SERVICE

I declare pursuant to 28 U.S.C. 1746 that a true and correct
copy of the attached Requests for Admissions, together with
all attachments and exhibits, was sent by first-class U.S. mail
in a properly addressed envelope with first class postage duly
paid on ___2/14/24___ to the attorneys of record for
all of the parties in this action at the addresses listed below:

1. Barabara Schwartz
Attorney for James Galfy and the Estate of Joseph J. Galfy,
Jr.
37 Mountain Blvd.
Warren, NJ 07059

I declare under penalty of perjury that the foregoing statements
are true and accurate

Dated: ___2/14/24___

_____
Caleb L. McGillvary, Pro Se

5

# Exhibit B

CO-30 A     NEW JERSEY STATE PRISON     Rev. 3/1/21

**POSTAGE REMIT**

DATE: 2/14/24     LOCATION: 6R8I

SBI NUMBER: 1023176

INMATE NAME: CALEB MCGILLVARY

INMATE SIGNATURE: _____

TO: BUSINESS MANAGER     DATE MAILED: _____

(✔)    Check Appropriate Box (s)

| | | |
|---|---|---|
| ✔ | Legal Postage | $ |
| ✔ | Certified Cert. #70041350000404778998 | |
| ✔ | Return Receipt Requested | 3.05 |
| | Postage Affixed;    **SEND DIRECT** Legal Postage Only   **TO MAILROOM** | |
| | Regular Postage   or   UPS    Property | |
| | Additional Insurance Amount $ | |
| | No Postage Inter Office Mail | |
| Weight of Mail/Property | | Total Postage and Fees | $ |

SENT TO: BARBARA SCHWARTZ

ADDRESS: PRINT 37 MOUNTAIN BLVD. WARREN NJ 07059 ENV, RQST PRD DCMT, INTGTR, RQST ADMSNS

WITNESS: J Feldman

SIGNATURE: PRINT _____

APPROVED BY: _____

CHECK# _____

APPROVED

# Exhibit C

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

BARBARA SCHWARTZ
37 MOUNTAIN BLVD WARREN, NJ 07059
ENCL: RQST TO PRODUCE DOCUMENTS,
INTERROGATORIES, RQST FOR
ADMISSION

9590 9402 4977 9063 4409 51

2. Article Number (Transfer from service label)

7004 1350 0004 0477 8998

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☑ Agent
                                      ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                      5/27

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☑ Adult Signature                ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery   ☐ Registered Mail™
☑ Certified Mail®                ☐ Registered Mail Restricted Delivery
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery           ☑ Return Receipt for Merchandise
☐ Collect on Delivery Restricted Delivery   ☐ Signature Confirmation™
☐ Insured Mail                  ☐ Signature Confirmation Restricted Delivery
☐ Insured Mail Restricted Delivery (over $500)

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

NJSP PO Box 861
TRENTON, NJ
08625



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL** TM

7004 1350 0004 0477 8912

DISTRICT OF NEW JERSEY
RECEIVED

2024 APR 12  A 10: 59

CLERK
US DIST CT - DNJ
US COURTHOUSE
50 WALNUT ST,
NEWARK, NJ
07102



XRAYED