**MATTHEW J. PLATKIN**
**ATTORNEY GENERAL OF NEW JERSEY**
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, New Jersey 08625
*Attorney for State Defendants, Union County Prosecutor's Office, Scott M. Peterson, and Theodore Romankow*

By:  David J. Coppola
     Deputy Attorney General
     Attorney ID No. 228962017
     (609) 376-2440
     David.Coppola@law.njoag.gov

```
                UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEW JERSEY
                    VICINAGE OF NEWARK
```

| | |
|---|---|
| CALEB L. MCGILLVARY, | : HON. MADELINE COX ARLEO, U.S.D.J. |
| | : HON. CATHY L. WALDOR, U.S.M.J. |
| PLAINTIFF, | : |
| | : CIVIL ACTION NO.2:21-cv-17121 |
| v. | : |
| UNION COUNTY PROSECUTOR'S OFFICE, ET AL., | : **SUBSTITUTION OF COUNSEL** |
| DEFENDANTS. | : |

**PLEASE TAKE NOTICE** that **David J. Coppola**, Deputy Attorney General, is hereby designated counsel for Defendants Union County Prosecutor's Office, Scott M. Peterson, and Theodore Romankow (collectively "Defendants") in the above captioned matter.

**PLEASE TAKE FURTHER NOTICE** that Deputy Attorney General Peter M. Draper is no longer assigned to this matter.

**PLEASE TAKE FURTHER NOTICE** that all future notices should be directed to DAG David J. Coppola, and all mailed correspondence should be addressed as follows:

>David J. Coppola, Deputy Attorney General
>R.J. Hughes Justice Complex
>Division of Law
>LEC Section
>25 Market Street
>P.O. Box 112
>Trenton, New Jersey 08625

>MATTHEW J. PLATKIN
>ATTORNEY GENERAL OF NEW JERSEY

By: /s/ David J. Coppola
David J. Coppola
Deputy Attorney General

By: /s/ Peter M. Draper
Peter M. Draper
Deputy Attorney General

Date: April 22, 2024