

| PHILIP D. MURPHY<br>*Governor* | **State of New Jersey**<br>OFFICE OF THE ATTORNEY GENERAL<br>DEPARTMENT OF LAW AND PUBLIC SAFETY<br>DIVISION OF LAW<br>25 MARKET STREET<br>PO BOX 112<br>TRENTON, NJ 08625-0112 | MATTHEW J. PLATKIN<br>*Attorney General* |
|---|---|---|
| TAHESHA L. WAY<br>*Lt. Governor* | | MICHAEL T.G. LONG<br>*Director* |

April 22, 2024

**Via CM/ECF Only**
Honorable Madeline, Cox Arleo, U.S.D.J.
United States District Court District of New Jersey
MLK Federal Building
50 Walnut Street
Newark, New Jersey 07101

    Re:  <u>Caleb McGillvary v. James Galfy, et al.</u>
           Civil Action No. 2:21-cv-17121

Dear Judge Arelo:

    This office represents Defendants, Union County Prosecutor's Office, Theodore Romankow, and Scott M. Peterson (hereinafter "UCPO Defendants"), in the above captioned matter. We are in receipt of Plaintiff Caleb McGillvary's Motion for an Order that Facts or Genuineness be Taken as Established, which was filed on April 12, 2024 (ECF 94).

    The UCPO Defendants ultimately take no position on this motion. Upon reviewing the motion, it is clear that the motion concerns requests for admissions served on other parties and does not concern the UCPO Defendants. (ECF 94) The UCPO Defendants have never been served with requests for admissions, and the motion does not suggest that the UCPO Defendants should be answering any requests for admissions. As such, the UPCO Defendants take no position with respect to the motion.

    Should Your Honor have any questions or concerns, please do not hesitate to contact me at any time.



HUGHES JUSTICE COMPLEX • TELEPHONE: (609) 376-2440 • FAX: (609) 777-3607
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*

April 22, 2024<br>
Page 2

Respectfully submitted,

MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY

By: <u>/s/ David J. Coppola</u>
David J. Coppola
Deputy Attorney General

CC: Caleb L. McGillvary #1222665
New Jersey State Prison
P.O Box 861
Trenton, New Jersey 08625

All Counsel (via CM/ECF)