United States District Court

Of the District of New Jersey

Hon. Madeline Cox Arleo, U.S.D.J.

| | |
|---|---|
| CALEB L. MCGILLVARY, | APPLICATION FOR AN EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE REPLY PURSUAT TO CIV R. 7.1 |
| plaintiff, | CIVIL ACTION |
| JAMES GALFY, individually and As executor/agent of the Estate of Joseph J. Galfy, 111; SCOTT M. PETERSON, Individually and in his official capacity; THEODORE ROMANKOW, individually and In His official capacity; The Union County New Jersey PROSECUTOR'S OFFICE; PETER A. LIGUORI, individually and in His official capacity; JOHN G. CITO, individually and in his Official capacity; ROBERT PANDINA, JOHN DOE, a fictitious name; JANE DOE, a fictitious name; ABC, LLC, a fictitious entity, xyz, INC., a fictitious entity; | ON BEHALF OE DEFENDANTS JAMES GALFY, INDIVIDUALLY AND AS EXECUTOR/AGENT OF THE ESTATE OF JOSEPH J. GALFY, 111, The Estate of Joseph J. Galfy 111 |
| Defendants | |

COMES NOW Defendants James Galfy, individually and as executor/agent of the Estate of Joseph J. Calfy, 111, The Estate of Joseph J. Galfy 111 (hereinafter "JG") to respectfully submit the instant motion/Application for an extension of time to

1

respond to the Motion filed by Plaintiff, Caleb McGillvary on April 12, 2024 (ECF 94), pursuant to Civ. R. 7.1.

I have been ill and in addition, due to my religious holiday, which just ended last night, April 30, 2024, I require additional time to respond to the recent Motion (ECF 94). I am requesting an additional 14 days from today, May 1, 2024, to allow for a timely response on behalf of JG, my response then would by due on or before May 15, 2024.

This matter was remanded to this Court by Order from the Third Circuit Court of Appeals for lack of jurisdiction. (ECF No. 86). The Third Circuit determined that this Court's Order dated July 28, 2022, which granted Defendants' Motions to Dismiss, ( ECF 67) did not dispose of all claims of the defendants by this Court not mentioning specifically the separate claims requesting dismissal by James Galfy, individually and on behalf of the Estate of Joseph J.Galfy and The Estate of Joseph J. Galfy 111, in its Order, although a dismissal was intended by this Court Order. (ECF 67) Clearly, a procedural error occurred, and clarification of the record is required for a final order by this Court.

Due to my circumstances, as stated above, I am requesting additional time to address the recent Motion filed by the Plaintiff. No previous extension was requested after remand by the Third Circuit to this Court. This matter presently is being presented to the court on 5/6/2024, and I require the additional 14 days as requested to respond to answer on or before May 15, 2024.

*Barbara Schwartz* 5/1/2024

BARBARA SCHWARTZ, ESQ.
Attorney for Defendant James Galfy, individually, and James Galfy the Executor/Agent of The Estate of Joseph J. Galfy, The Estate of Joseph Galfy
Galfy I , 37 Mountain Blvd.
Warren. NJ
07059 Bar # 030481983
908-963-9921,
Bsschw9211@yahoo.com

CERTIFICATION OF SERVICE

I hereby certify that on this date the above and foregoing instrument was electronically served upon the parties:

1. Caleb L. McGillvary/Pro via CM/EDF and sent by US Mail to NJSP #1222665/SBI#102317G POBox 861, Trenton, NJ 08625-0861

2. All counsel via CM/ECF

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_Barbara Schwartz_ 5/1/2024

Barbara Schwartz, Esq.

Attorney for Defendant James Galfy, individually, and James Galfy the Executor/Agent of The Estate of Joseph J. Galfy 111, The Estate of Joseph J. Galfy 111
37 Mountain Blvd. warren. NJ 07059 Bar # 030481983
908-963-9921 email: bsschw9211@yahoo.com