**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CALEB MCGILLVARY, | Civil Action No. 21-cv-17121(MCA) |
| Plaintiff, | |
| v. | **ORDER ADMINISTRATIVELY** |
| JAMES GALFY, THE ESTATE OF JOSEPH GALFY, III, et al. | **TERMINATING** |
| Defendants | |

It appearing that McGillvary, who appears *pro se*, initiated the instant matter by way of a complaint, which was filed on September 17, 2021; and it further appearing that McGillvary has filed a related civil matter under Docket No. 23-cv-22605 (the "related matter"); and it further appearing that, in the related matter, McGillvary has filed suit against multiple Judges in this District, including the undersigned and Chief Judge Renée Marie Bumb; and it further appearing that, by order dated January 2, 2024, Chief Judge of the United States Court of Appeals for the Third Circuit reassigned the related matter to an out-of-district judge, Judge John Milton Younge of the United States District Court for the Eastern District of Pennsylvania; and it further appearing that the related matter is unresolved and remains pending before Judge Younge; accordingly

**IT IS** on this 8th day of May 2024, hereby

**ORDERED** that this matter is administratively terminated pending resolution of the related matter and shall be marked as **CLOSED** until and unless the Court enters an Order reopening the matter.

Hon. Madeline Cox Arleo
U.S. District Judge