UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CALEB L MCGILLVARY,<br><br>Plaintiff,<br><br>v.<br><br>JAMES GALFY, et al.,<br><br>Defendants. | Civil Action No. 21-17121 (MCA)<br><br>ORDER GRANTING<br>ADMINISTRATIVE TERMINATION |

This matter comes before the Court upon Plaintiff Caleb L. McGillvary's petition for a writ of mandamus to the Third Circuit, in which he seeks to have this matter reopened and transferred out-of-District (ECF No. 100); and it appearing that Plaintiff, who appears *pro se*, initiated the instant matter by way of a complaint, which was filed on September 17, 2021; and it further appearing that Plaintiff has filed a related civil matter under Docket No. 23-cv-22605 (the "related matter"); and it further appearing that, in the related matter, Petitioner has filed suit against multiple Judges in this District, including the undersigned, Judge Cathy L. Waldor, and Chief Judge Renée Marie Bumb (collectively "the Judicial Defendants"); and it further appearing that, by order dated January 2, 2024, Chief Judge of the United States Court of Appeals for the Third Circuit reassigned the related matter to an out-of-district judge, Judge John Milton Younge; and it further appearing that on May 8, 2024, this Court entered an Order administratively terminating this matter until the resolution of the related matter (ECF No. 99); and it further appearing that the related matter is unresolved and remains pending before Judge Younge; and it further appearing that the Judicial Defendants filed a motion to dismiss in the related matter on October 29, 2024 (Docket No. 23-cv-22605, ECF No. 270), and that no irreparable harm to Petitioner exists in awaiting the outcome of that motion to dismiss; and for other good cause shown; accordingly

1

IT IS on this 4 day of December 2024, hereby

**ORDERED** that the Court's prior termination Order (ECF No. 99) is **VACATED** and replaced by this Order; and it is further

**ORDERED** that this matter is administratively terminated pending resolution of the related matter as to the Judicial Defendants and shall be marked as **CLOSED** until the Court enters an Order reopening the case; and it is further

**ORDERED** that the Court shall monitor the status of the related case reassigned out-of-District to ensure that any delay in adjudicating this matter does not cause prejudice to the Petitioner.

Madeline Cox Arleo
United States District Judge