Caleb L. McGillvary, Pro Se
#1222665/SBI#102317G NJSP
PO Box 861 Trenton, NJ 08625

July 30, 2025

Clerk, US Dist. Ct. - DNJ
US Courthouse
50 Walnut Street
Newark, NJ 07102

    RE: Caleb L. McGillvary v. Galfy et al
    Civil Action No. 2:21-cv-17121-MCA-CLW
    Hon. Madeline Cox-Arleo, U.S.D.J.
    Hon. Cathy L. Waldor, U.S.M.J.

Dear Clerk;
    Please find enclosed and file onto the docket the service copy required by F.R.A.P. 21(a)(1) of my document filed in the mandamus proceeding in the U.S. Court of Appeals for the 3rd Circuit at 25-3031; and proof of service thereof; in the above-captioned matter.

                                        Kind Regards,

                                        Caleb L. McGillvary
                                        In Propria Persona

ENCL:
CC: FILE

PROOF OF SERVICE

I, Caleb L. McGillvary, declare pursuant to 28 U.S.C. 1746 that on today's date, I placed in the institutional mailing system here where I'm incarcerated at NJ State Prison 3rd & Federal Streets Trenton, NJ 08625; with First Class Postage prepaid to be sent via USPS Mail; the service copy of the following documents in the above-captioned matter to the Clerk of the District Court at USDC-DNJ US Courthouse 50 Walnut St. Newark, NJ 07102:

    1.) my certification that Plaintiff's motion to recuse judges in uncontested. pursuant to 3rd Cir. L. A. R. 27.3.

Pursuant to the prison mailbox rule, these documents are constructively filed as of the date of mailing. Pursuant to DNJ Local Civil Rules, upon said filing the Clerk files Plaintiff's document into the CM/ECF system. See DNJ L.Civ.R. 5.2.2 ("All civil ... cases and documents filed in this Court, will be entered into the Court's ECF System in accordance with these Procedures."). Upon entry of a document in CM/ECF, notice of electronic filing thereof ("NEF"); is automatically thereby sent to all CM/ECF-participating parties. See DNJ L.Civ.R. 5.2.1(d)("NEF is a notice automatically generated by the Electronic Filing System at the time a document is filed with the system..."). This NEF constitutes service upon all such parties. See DNJ L.Civ.R. 5.2.14(b)(1)("Transmission of the NEF constitutes service of the filed document on Filing Users"). Therefore, pursuant to this Court's Local Civil Rules, on today's date I have also served a copy of each said document on all appearing captioned Defendants, who are represented by CM/ECF-user Counsel.

As far as I'm aware, no other defendants have yet appeared, and when they do, they will be represented by the counsel for Defendants currently of record.

I hereby invoke the prison mailbox rule.

I declare under penalty of perjury that the foregoing statements made by me are true and accurate.

Executed this 30 Day of July, 20 25

                                            Caleb L. McGillvary, Pro Se
                                            #1222665/SBI#102317G NJSP
                                            PO Box 861 Trenton, NJ
                                            08625-0861

Caleb L. McGillvary, Pro Se
#1222665/SBI#102317G NJSP
PO Box 861 Trenton, NJ 08625

## UNITED STATES COURT OF APPEALS
## FOR THE THIRD CIRCUIT

| | |
|---|---|
| In Re Caleb L. McGillvary<br>PETITIONER | ) <br>) Appeal No. 24-3031<br>) On Petition for Mandamus to<br>) U.S.D.C. - D.N.J. at<br>) CIVIL ACTION NO.<br>) 2:21-cv-17121-MCA-CLW<br>) Sat Below:<br>) Hon. Madeline Cox Arleo, USDJ<br>) Hon. Cathy L. Waldor, USMJ |

**CERTIFICATION THAT MOTION FOR TO RECUSE JUDGES IS UNCONTESTED**
**(3rd Cir. L. A. R. 27.3)**

Caleb L. McGillvary ("Plaintiff"), hereby certifies to the Court that his motion to recuse judges, 3rd Cir. ECF 30, 49, is uncontested, pursuant to 3rd Cir. L. A. R. 27.3.

As grounds for this request, Plaintiff avers that the record shows the following:

1.) Plaintiff filed his motion to recuse judges, with proof of service upon all captioned defendants/appellees, on July 10, 2025. See 3rd Cir. ECF 10.

2.) The Federal Rules of Appellate Procedure allow for 10 days to file a response to a motion, absent an extension of time. Fed. R. App. P. 27(a)(3)(A).

1

3.) It has now been 20 days since the instant motion has been served upon Defendants. In all this time, Defendants have neither moved for an extension of time, nor have they filed any response to the instant motion to recuse judges.

4.) For all the foregoing reasons, Plaintiff requests the Court to consider the instant motion to recuse judges as uncontested, pursuant to 3rd Cir. L. A. R. 27.3.

Date: 7/30/25

Respectfully submitted,

_____
Caleb L. McGillvary, Pro Se
#1222665/SBI#102317G NJSP
PO Box 861 Trenton, NJ
08625-0861

C MCGILLVARY
#1222665/SBI #1023176
NJSP PO BOX 861
TRENTON, NJ
08625

CLERK
US DIST. CT. - DNJ
50 WALNUT ST.
NEWARK, NJ
07102

LEGAL MAIL

TRENTON NJ
1 AUG 2025

US POSTAGE
$000.74
First-Class - IMI
ZIP 08625
08/01/2025