## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

Civil Action No: 21-17121 (MCA)

CALEB McGILLVARY,

    Plaintiff,

    v.

JAMES GALFY, et al.,

    Defendant.

**ORDER**

It appearing that the above action raises issues common to those in <u>Caleb L. McGillvary v. Nicholas Scutari,  et al.</u>, Civil Action No. 23-22605(ED. Pa. 2023), and;

pursuant to the January 2, 2024, Order of Judge Michael A. Chagares, Chief Judge of the United States Court of Appeals for the Third Circuit, and;

for good cause shown;

**It is on this 14th day of August, 2025;**

**ORDERED** that this action is hereby transferred to the Honorable John Milton Younge of the United States District Court for the Eastern District of Pennsylvania.

    *s/Madeline Cox Arleo*
HON. MADELINE COX ARLEO
UNITED STATES DISTRICT JUDGE