United States Court of Appeals

Third Circuit

---

In RE CALEB L. MCGILLVARY,

        Petitioner

Docket No.: 24-3031,

Docket No.: 25-2096

Motion to Serve Responsive
Brief Prior to a Briefing
Schedule, in accordance with
R. 21(b)(1)

<u>CIVIL ACTION ON BEHALF OF
RESPONDENTS   JAMES GALFY
INDIVIDUALLY, AND
EXECUTOR/AGENT OF JOSEPH J.
GALFY III, THE ESTATE OF JOSEPH J.
GALFY III</u>

RESPONDENTS:
JAMES GALFY, individually and
As Executor/Agent of the Estate of
Joseph J. Galfy III, The Estate of
THE ESTATE OF JOSEPH J. GALFY III
SCOTT M. PETERSON,
Individually and in his official capacity; THEODORE
ROMANKOW, individually and in
His official capacity; THE
UNION COUNTY NEW JERSEY
PROSECUTOR'S OFFICE; PETER A.
LIGUORI, individually and in His official capacity,
JOHN G. CITO, individually and in his
Official capacity; ROBERT PANDINA, JOHN DOE, a fictitious name;
JANE DOE, a fictitious name; ABC, LLC, a fictitious entity, xyz, INC., a
fictitious entity;

\

Judge in District Court Below
Hon. Madeline Cox Arleo
McGillvary v. James Galfy, et al.
2:21-CV-17121

1

Respondents

_____

COMES NOW Respondents James Galfy, individually and as Executor/Agent of the Estate of Joseph J. Galfy, III, The Estate of Joseph J. Galfy III, (hereinafter "Galfy"), to respectfully submit the instant motion to File the within Answer to Petitioner Caleb L. McGillvary's, hereinafter "Petitioner", Petition for a Writ of Mandamus. Respondent Galfy, in support of its reasons to filing their Answer, states as follows:

On or about October 30, 2024, Petitioner McGillvary, Pro-Se, filed a Writ of Mandamus with this Court, Docket No. 24-3031. In addition, Petitioner McGillvary filed a second Petition for Writ of Mandamus, on 6/11/2025, Docket No. 25-2096. Petitioner's Writs of Mandamus arise out of the same civil action below in, Caleb L. McGillvary v. James Galfy, Individually and as Executor/Agent of the Estate of Joseph J. Galfy III, the Estate of Joseph J. Galfy III, Scott M. Peterson, Individually and in his Official Capacity, Theodore J. Romankow, Individually and in his Official Capacity, Union County New Jersey Prosecutors Office, Peter A. Liguori, Individually and in his Official Capacity, John G. Cito, Robert Pandina, Madeline Cox Arleo, Nominal Respondent and Clerks office of the United States District Court Nominal Respondent, Docket No. 2:21-Cv-17121-JMY-CLW.

2

Respondent James Galfy submits this Motion in accordance with R. 21 (b)(1), with the attached Answer to Petitioner's Petition for Writ of Mandamus for Perpetuation of Testimony, Docket No. 2:21-cv-17121-JMY-CLW (Sept. 17,2021), before this Court. Respondent has been waiting to submit his Answer in anticipation of this Court's instructions as to a briefing schedule, pursuant to F.R.A.P. 21(b)(1). See In re Kensington Intern. Ltd., 353 F.3d 211 (3d Cir. 2003). Because counsel for Respondent will soon be out of the country for several weeks, she submits the within Motion for Permission to file Respondent's Answer at this time, attached hereto, to ensure that Respondent is compliant with any deadlines that might pass, in his counsel's absence.

A review of both Dockets in the Circuit court appears as if the two Circuit Court cases, involving Petitioner's Writ of Mandamus, have recently been made related or joined, for purposes of their resolution, the matter in the District Court below, in McGillvary v. James Galfy, et al, 2:21-cv-17121-JMY-CLW.  This matter, below, is now before Judge John Milton Younge of the United States District Court for the Easton District of Pennsylvania, having recently been transferred, on or about 8/14/2025, by Judge Madeline Cox Arleo, to Judge Younge's court, the matter now also in this Circuit Court, by two separate Petitions for Writ of Mandamus.

_Barbara Schwartz_ 8/19/2025

BARBARA SCHWARTZ, ESQ.

Attorney for Defendant James Galfy, Individually,

and James Galfy the Executor/Agent
of The Estate of Joseph J. Galfy III, The Estate of
Joseph J. Galfy III,
Bar # 030481983
908-963-9921 email: bsschw9211@yahoo.com

United States Court of Appeals

Third Circuit

---

IN RE CALEB L. MCGILLVARY,

Docket No.: 24-3031,

Docket No.: 25-2096

CERTIFICATION OF
BARBARA SCHWARTZ, ESQ.

PRO-SE  Petitioner

CIVIL ACTION

JAMES GALFY, individually and
As executor/agent of the Estate of Joseph J. Galfy, III;
SCOTT M. PETERSON,
Individually and in his official capacity; THEODORE
ROMANKOW, individually and in
His official capacity; THE
UNION COUNTY NEW JERSEY
PROSECUTOR'S OFFICE; PETER A.
LIGUORI, individually and in His official capacity.
JOHN G. CITO, individually and in his
Official capacity; ROBERT PANDINA, JOHN DOE, a fictitious name;
JANE DOE, a fictitious name; ABC, LLC, a fictitious entity, XYZ, INC.,
a fictitious entity.

ON BEHALF OF DEFENDANTS
JAMES GALFY, INDIVIDUALLY
AND AS EXECUTOR/AGENT OF THE
ESTATE OF JOSEPH J. GALFY, III
THE ESTATE OF JOSEPH J. GALFYIII
Judge in District Court Below
Hon. Madeline Cox Arleo

Defendants

---

I, Barbara Schwartz, Esq. whose office resides at 358 Altessa Blvd., Melville, NY

11747 and 37 Mountain Blvd., Suite 1, Warren, NJ 07059,  represents the

5

following Respondents, James Galfy, Individually and as Executor/Agent of the Estate of Joseph J. Galfy III, and The Estate of Joseph J. Galfy III, hereinafter ("Galfy") certify and say:

1. Respondent James Galfy submits this Motion in accordance with R̲. 21 (b)(1), with the attached Answer to Petitioner's Petition for Writ of Mandamus for Perpetuation of Testimony from a matter before the District Court, Caleb McGillvary v. James Galfy, et al., Docket No. 2:21-cv-17121-JMY-CLW (Sept. 17, 2021), before this Court. Respondent has been waiting to submit his Answer in anticipation of this Court's instructions as to a briefing schedule, pursuant to F.R.A.P. 21(b)(1). See In re Kensington Intern. Ltd., 353 F̲.3d 211 (3d Cir. 2003). Because counsel for Respondent will soon be out of the country for several weeks, she submits the within Motion for Permission to file Respondent's Answer at this time, attached hereto, to ensure that Respondent is compliant with any deadlines that might pass, in his counsel's absence.

2. A review of both Dockets in the Circuit court appears as if the two Circuit Court cases, involving Petitioner's Writ of Mandamus, have recently been made related or joined, for purposes of their resolution, the matter in the District Court below, in McGillvary v. James Galfy, et al, 2:21-cv-17121-JMY-CLW. This matter, below, is now before Judge John Milton Younge of the

6

United States District Court for the Easton District of Pennsylvania, having recently been transferred, on or about 8/14/2025, by Judge Madeline Cox Arleo, to Judge Younge's court, now also in this Circuit Court, by two separate Petitions for Writ of Mandamus.

_Barbara Schwartz_  8/19/2025

BARBARA SCHWARTZ, ESQ.
Attorney for Defendant James Galfy, individually,
and James Galfy the Executor/Agent
of The Estate of Joseph J. Galfy III,
Bar # 030481983
908-963-9921 email: bsschw9211@yahoo.com

7

United States Court of Appeals

Third Circuit

---

IN RE CALEB L. MCGILLVARY,

ORDER

PRO-SE  Petitioner

<u>CIVIL ACTION</u>

JAMES GALFY, individually and
As executor/agent of the Estate of Joseph J. Galfy, III;
SCOTT M. PETERSON,
Individually and in his official capacity; THEODORE
ROMANKOW, individually and in
His official capacity; THE
UNION COUNTY NEW JERSEY
PROSECUTOR'S OFFICE; PETER A.
LIGUORI, individually and in His official capacity.
JOHN G. CITO, individually and in his
Official capacity; ROBERT PANDINA, JOHN DOE, a fictitious name;
JANE DOE, a fictitious name; ABC, LLC, a fictitious entity, XYZ, INC.,
a fictitious entity.

ON BEHALF OF DEFENDANTS
JAMES GALFY, INDIVIDUALLY
AND AS EXECUTOR/AGENT OF THE
ESTATE OF JOSEPH J. GALFY, 111
THE ESTATE OF JOSEPH J. GALFYIII
Judge in District Court Below
Hon. Madeline Cox Arleo

Defendants

---

**COMES NOW** Respondent James Galfy, individually and as

Executor/Agent of the Estate of Joseph J. Galfy, III, The Estate of Joseph J. Galfy

III (hereinafter "Galfy"), represented by Barbara Schwartz, Esq., 358 Altessa Blvd.

Melville Ny 11747 and 37 Mountain Blvd. Suite 1, Warren, NJ 07059, who

respectfully submitted this Order to Grant their motion to file an Answer in accordance with R. 21 (b)(1) to Petitioner's, Caleb L. McGillvary's, Writ of Mandamus, hereinafter "Petitioner", Pro-Se. In support of its motion to File an Answer, Respondent Galfy filed his certification and attached to his  Motion his Answer, to Petitioner's two petitions of Writ of Mandamus, and this Court having considered Galfy's Motion and supporting papers,  hereby Orders as follows:

**THAT** his Motion to file an Answer is hereby granted; and

**THAT** Petitioner Caleb McGillvary's Two Petitions for Writ of Mandamus to the United States Court of Appeals, #24-3031 and #25-2096 Third Circuit is hereby denied.  and

**That**  this Court grants the following further relief, a gateway order Ordering that Caleb McGillvary lacks jurisdiction in the District Court and Court of Appeals until such time that he overturns his state conviction; and such further relief as this Court deems reasonable.

_____

JUDGE

(   ) ON THE PAPERS
(   ) OPPOSSED
(   ) NONOPPOSSED

9

## CERTIFICATION OF SERVICE

I certify that I electronically filed this Answer to Caleb McGillvary -Petitioner Pro-Se, Petition for Writ of Mandamus, and Notice of Motion, Certification of Counsel, in Support of Motion, Form of Proposed Order, and Certification of Service in this matter with the Clerk of the United State District Court Vis ECF. and the Circuit Court.

I served the Petitioner, Pro Se Caleb McGillvary, via First Class Mail, one paper copy to Petitioner, Caleb McGillvary, of the papers that I electronically filed: This Answer to Petitioner's Petition for Writ of Mandamus and Notice of Motion, Brief, Form of Proposed Order, and Certification of Service by First Class Mail, was sent to the following address of record:

**TO**:  Caleb McGillvary
Inmate No. #1222665/SB1102317G
NJSP PO Box 861
Trenton, New Jersey 08625-0861

All counsel of record has been served electronically. I also electronically served the District Court and

I served the Circuit Court of Appeals, FIRST CLASS MAIL OR THIRD PARTY COMMERCIAL CARRIER WITHIN 3 DAYS FROM SERVICE to
US Court of Appeals-3rd Cir.
21400 US Courthouse
601 Market St.

10

Philadelphia, PA 19106-1790

One Original and 6 copies of the Notice of Motion, Certification in Support thereof, and Order and One Original of the Brief and 6 copies of the Brief, in the Circuit Court of Appeals, for each Docket No. 24-3031 and No. 25-2096, thus serving a total of 2 Original Briefs and a total of 12 copies.

Respectfully submitted,

By: _Barbara Schwartz_

Barbara Schwartz, Esq.

Dated: August 19, 2025

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

By: _Barbara Schwartz_

August 19, 2025            BARBARA SCHWARTZ, ESQ.

Attorney for Defendant James Galfy, individually, and James Galfy the Executor/Agent of The Estate of Joseph J. Galfy III, The Estate of Joseph J. Galfy III, 358 Altessa Blvd., Warren, NJ 07059 37 Mountain Blvd. Warren NJ 07059 Bar # 030481983 908-963-9921 email: bsschw9211@yahoo.com

11