Caleb L. McGillvary, Pro Se
#1222665/SBI#102317G NJSP
PO Box 861 Trenton, NJ 08625

August 27, 2025

Clerk, US Dist. Ct. - DNJ
US Courthouse
50 Walnut Street
Newark, NJ 07102

    RE: Caleb L. McGillvary v. Galfy et al
    Civil Action No. 2:21-cv-17121-JMY
    Hon. John Milton Younge, U.S.D.J.

Dear Clerk;
    Please find enclosed and file onto the docket the service copy required by F.R.A.P. 21(a)(1) of my document filed in the mandamus proceeding in the U.S. Court of Appeals for the 3rd Circuit at 25-3031; and proof of service thereof; in the above-captioned matter.

                                                 Kind Regards,
                                               Caleb L. McGillvary
                                               In Propria Persona

ENCL:
CC: FILE

Caleb L. McGillvary, Pro Se
#1222665/SBI#102317G NJSP
PO Box 861 Trenton, NJ 08625

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

| | |
|---|---|
| In Re Caleb L. McGillvary<br>PETITIONER | ) <br>) Appeal No. 24-3031<br>) On Petition for Mandamus to<br>) U.S.D.C. - D.N.J. at<br>) CIVIL ACTION NO.<br>) 2:21-cv-17121-JMY<br>) Sat Below:<br>) Hon. John Milton Younge, USDJ<br>) |

**MOTION FOR EXTENSION OF TIME TO FILE REPLY TO RESPONDENT'S ANSWER TO MANDAMUS PETITION AND MOTION TO DISMISS (Fed. R. App. P. 25(b))**

Caleb L. McGillvary ("Plaintiff"), hereby moves the Court for an order granting an extension of time to file his reply to Defendants' Answer to his Mandamus Petition and Motion to Dismiss, pursuant to F.R.A.P. 25(b).

As grounds for this request, Plaintiff incorporates by reference and relies upon his Declaration in support of this motion, and avers that it shows the following:

1.) I am the pro se plaintiff in the above-captioned matter.

2.) The Defendants' answer and motion involves complex issues of law which were evidently prepared by a highly-

1

## PROOF OF SERVICE

I, Caleb L. McGillvary, declare pursuant to 28 U.S.C. 1746 that on today's date, I placed in the institutional mailing system here where I'm incarcerated at NJ State Prison 3rd & Federal Streets Trenton, NJ 08625; with First Class Postage prepaid to be sent via USPS Mail; the service copy of the following documents in the above-captioned matter to the Clerk of the District Court at USDC-DNJ US Courthouse 50 Walnut St. Newark, NJ 07102:

1.) My motion for extension of time to file reply to Respondent's Answer to my Mandamus Petition and Motion to Dismiss, and Declaration in Support thereof, in the matter docketed at 3rd Cir. App. No. 24-3031.

Pursuant to the prison mailbox rule, these documents are constructively filed as of the date of mailing. Pursuant to DNJ Local Civil Rules, upon said filing the Clerk files Plaintiff's document into the CM/ECF system. See DNJ L.Civ.R. 5.2.2 ("All civil ... cases and documents filed in this Court, will be entered into the Court's ECF System in accordance with these Procedures."). Upon entry of a document in CM/ECF, notice of electronic filing thereof ("NEF"); is automatically thereby sent to all CM/ECF-participating parties. See DNJ L.Civ.R. 5.2.1(d)("NEF is a notice automatically generated by the Electronic Filing System at the time a document is filed with the system..."). This NEF constitutes service upon all such parties. See DNJ L.Civ.R. 5.2.14(b)(1)("Transmission of the NEF constitutes service of the filed document on Filing Users"). Therefore, pursuant to this Court's Local Civil Rules, on today's date I have also served a copy of each said document on all appearing captioned Defendants, who are represented by CM/ECF-user Counsel.

I hereby invoke the prison mailbox rule.
I declare under penalty of perjury that the foregoing statements made by me are true and accurate.
Executed this 27 Day of _AUGUST_, 20 25

_[signature]_
Caleb L. McGillvary, Pro Se
#1222665/SBI#102317G NJSP
PO Box 861 Trenton, NJ
08625-0861

experienced litigator with vastly superior resources to the prison law library I must contend with. It will surely require a lode of shepardization and legal research to prepare a meaningful response to such an intensely intricate set of arguments.

3.) I am currently incarcerated in a maximum security prison which has severely restricted access to research and law library facilities. I am only permitted 5 hours at the law library once every 6 days, during which time I may research caselaw, print documents, or make copies of legal documents. Sometimes guys in the messhall jump on each other's heads or stab each other and the whole place gets locked down, which means that law library gets cancelled. I have had a clean disciplinary record for years, so any such delay is through no fault of my own. Despite my good faith and diligent effort, these circumstances make it so that legal research and preparation of documents is a much slower process for me than it is for defendants, who have all the resources of highly experienced lawyers working for them, that have teams of paralegals and experts at their disposal. It is therefore necessary for me to have an additional 30 days from the date of the order deciding this motion to respond pro se to the staggering amount of research and preparation said represented defendants have put into their brief.

This motion is now before the Court.

2

**LEGAL ARGUMENT**
**POINT I: PLAINTIFF HAS SHOWN GOOD CAUSE FOR AN EXTENSION OF TIME TO FILE HIS REPLY**

Fed. R. App. P. 25(b) states that, with exceptions that don't apply here, the time within which to act pursuant to any federal rule may be extended by leave of Court for good cause. Plaintiff has declared under penalty of perjury that he is severely restricted in his abilities to research and prepare legal documents to rebut the wall of cases set forth by the highly-skilled and well-funded lawyer he's up against in propria persona, who has the benefit of a team of paralegals to research and prepare. Plaintiff has also not been served with the purported answer and motion, which makes the current deadline unreasonable for that fact alone. Plaintiff has acted diligently and in good faith to move the Court for an extension of time to respond, at his very first law library day after receiving the opposition. It is therefore in the interests of justice to grant Plaintiff an additional 30 days from the issuance of an order disposing of this motion to file a response.

## CONCLUSION

Plaintiff has shown good cause for an extension of 30 days from the order disposing of this motion in which to file an opening brief. For all the foregoing reasons, Plaintiff respectfully asks the Court to grant him an extension of time to file an opening brief.

Date: 8/27/25

Respectfully submitted,

Caleb L. McGillvary, Pro Se
#1222665/SBI#102317G NJSP
PO Box 861 Trenton, NJ
08625-0861

4

Caleb L. McGillvary, Pro Se
#1222665/SBI#102317G NJSP
PO Box 861 Trenton, NJ 08625

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

| | |
|---|---|
| In Re Caleb L. McGillvary<br>PETITIONER | ) <br>) Appeal No. 24-3031<br>) On Petition for Mandamus to<br>) U.S.D.C. - D.N.J. at<br>) CIVIL ACTION NO.<br>) 2:21-cv-17121-JMY<br>) Sat Below:<br>) Hon. John Milton Younge, USDJ<br>) |

**DECLARATION OF CALEB L. MCGILLVARY IN SUPPORT OF
MOTION FOR EXTENSION OF TIME TO FILE REPLY TO RESPONDENT'S
ANSWER TO MANDAMUS PETITION AND MOTION TO DISMISS
(Fed. R. App. P. 25(b))**

I, Caleb L. McGillvary ("Plaintiff"), hereby declare pursuant to 28 U.S.C. 1746 the following:

1.) I am the pro se plaintiff in the above-captioned matter.

2.) The Defendants' answer and motion involves complex issues of law which were evidently prepared by a highly-experienced litigator with vastly superior resources to the prison law library I must contend with. It will surely require a lode of shepardization and legal research to prepare a meaningful response to such an intensely intricate set of arguments.

1

3.) I am currently incarcerated in a maximum security prison which has severely restricted access to research and law library facilities. I am only permitted 5 hours at the law library once every 6 days, during which time I may research caselaw, print documents, or make copies of legal documents. Sometimes guys in the messhall jump on each other's heads or stab each other and the whole place gets locked down, which means that law library gets cancelled. I have had a clean disciplinary record for years, so any such delay is through no fault of my own. Despite my good faith and diligent effort, these circumstances make it so that legal research and preparation of documents is a much slower process for me than it is for defendants, who have all the resources of highly experienced lawyers working for them, that have teams of paralegals and experts at their disposal. It is therefore necessary for me to have an additional 30 days from the date of the order deciding this motion to respond pro se to the staggering amount of research and preparation said represented defendants have put into their brief.

4.) For all the foregoing reasons, and for all the reasons in my attached motion, I request in good faith that the Court should grant my motion to for extension of time to respond for 30 days from the date of the order granting this motion.

I declare under penalty of perjury that the foregoing statements are true and accurate.

Executed this 27 day of AUGUST, 2025

_____
Caleb L. McGillvary, ProSe
#1222665/SBI#102317GNJSP
PO Box 861, Trenton, NJ 08625

3

C MCGILLVARY
#1222665/SBI#1023176
NJSP PO BOX 861
TRENTON, NJ
08625

CLERK
US DIST. CT. - DNJ
50 WALNUT ST.
NEWARK, NJ
07102

TRENTON NJ
29 AUG 2025 PM

US POSTAGE
$000.74
First-Class - IMI
ZIP 08625
08/29/2025
036B 0011837735

LEGAL MAIL