**BARBARA S. SCHWARTZ, ESQ.**
37 Mountain Boulevard, Suite 1
Warren, NJ 07059
Bar Number 030481983
Mobile No.: 908-963-9921
Email: bsschw9211@yahoo.com

May 4, 2026

VIA CM/ECF
The Hon. John Milton Younge, U.S.D.J
United States District Court for the Eastern District of Pennsylvania
15613 U.S. Courthouse 601 Market Street
Philadelphia, PA 19106

Re:    McGillvary v. Galfy, et al.
       Docket No. 2:21-cv-17121-JMY

Dear Judge Younge:

Please be advised that I represent the Galfy Defendants in the above referenced action.

On April 20, 2026, I filed a Motion to Expand the Number of Pages of from 15 to 17 pages with reference to Defendants' responding brief in Opposition to Plaintiff's omnibus pre-notice Motion to request Judicial Notie and Plaintiff's Responding Omnibus Brief filed in support of their Motion and Opposition to Defendant Galfy's Notice of Motion to Dismiss the Complaint. (ECF 135) With said Motion, I filed the extended 17-page Brief document 135-4 Filed 4/20/2026 Page Id. 2773-2794 and Certification of Service Document 135-2) Page Id. 2767-2768.

1

Defendant Galfys' Motion to file the enlarged Brief of 17 pages was granted. ( ECF 138)

I am requesting instruction from the court whether it will accept the already filed enlarged Brief, which was served on all parties, with my Motion to enlarge Defendant Galfy's Brief from 15-17 pages, including Pro-Se Plaintiff, as documented, above in lieu of its refiling. **I have attached the already filed brief and certification of service herein,** which was filed with the Court on April 20, 2026, with my motion. See Certification of Mailing attached.

Sincerely yours,

Barbara Schwartz, Esq.

I certify that the aforementioned is true to the best of my knowledge and if the aforementioned is willfully false I am subject to punishment.

May 4, 2026

Barbara Schwartz, Esq.

2