BARBARA SCHWARTZ, ESQ.
37 MOUNTAIN BLVD. SUITE 1
MOUNTAINSIDE, NJ 07059
ATTORNEY FOR DEFENDANTS:
James Galfy, individually and as
Executor/agent of The Estate
Of Joseph J. Galfy, 111 and
The Estate of Joseph J. Galfy, 111
Attorney ID No.030481983

---

CALEB L. MCGILLVARY,

Plaintiff,

V.

Defendants.

JAMES GALFY, INDIVIDUALLY AND
EXECUTOR/AGENT OF THE ESTATE
OF JOSEPH J. GALFY, 111,
THE ESTATE OF JOSEPH J.
GAFLY, 111., ET.SEQ.

:Hon.John Milton Younge, E.D.P.A.

:Civ. Action No. 2:21-cv-17121

:

CERTIFICATION OF SERVICE

:

:

:

:

:

:

:

---

I certify that I electronically filed a Letter with a Certification of Service in

1 of 1

this matter with the Clerk of the United State District Court via ECF. In addition, a courtesy copy of this letter was forwarded to Judge John Milton Younge, U.S.D.J., by email to his Chambers on May 4, 2026.

I further certify that I have caused a copy of this Letter to and the April 20, 2026 filed Brief and Certification of service of that Brief and this letter, also attached a Certification of Service, to be mailed to Plaintiff pro se, Celeb McGillvary, via regular mail to the following address of record:

Caleb McGillvary
Inmate No. #1222665
NJSP PO Box 861
Trenton, New Jersey 08625-0861

All counsel of record have been served electronically.

5/4/2026

Barbara Schwartz, Esq.
Attorney for Defendants

On the Brief:
Barbara Schwartz, Esq.
Attorney ID No.030481983

2 of 2