## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CALEB L. MCGILLVARY,                     :
                                         :          No. 21-cv-17121-JMY
        vs.                              :
                                         :
JAMES GALFY, et al.                      :

## ORDER

**AND NOW**, this 21st day of July 2026, upon consideration of the Galfy Defendants'

*motion to exceed the page limit by 23 pages when filing a brief in opposition to plaintiff's sur-*

*reply and informal cross-motion* (ECF No. 144), it is hereby **ORDERED** that said Motion is

**GRANTED** as follows – the proposed Brief in Opposition filed by the Galfy Defendants and

attached to their Motion as Exhibit A parts 1 through 3 (Brief in Opposition, ECF No. 1-2

through 1-5) shall be deemed filed.

Plaintiff's informal *Moton to Strike Defendants' Sur-Reply* (Letter, ECF No. 146) is

**DENIED**.

The Clerk of Court is **DIRECTED** to **IMMEDIATELY TRANSMIT** (mail) copies of

the Order to *pro se* Plaintiff at the mailing address that he has identified on the docket for service

of court papers.

**BY THE COURT**:

    /s/ John Milton Younge
    Judge John Milton Younge