**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

CALEB L. MCGILLVARY,                        :
                                            :        No. 21-cv-17121-JMY
                    vs.                     :
                                            :
JAMES GALFY, *et al.*                       :

**ORDER**

**AND NOW,** this 29th day of July, 2026, upon consideration of the Motion for Dismissal Pursuant to Fed. R. Civ. P. 12(b)(1), Fed R. Civ. P. 12(b)(6), and/or Pursuant to Fed R. Civ. P. 15 and/or Pursuant to Fed. R. Civ. P. 21, Fed R. Civ. P. 8(c)(2) and/or Fed R. Civ. P. 41(A)(2) (Motion to Dismiss, ECF No. 128) filed by Defendants, James Galfy, *Individually and as Executor/Agent of the Estate of Joseph Galfy, III*, and the Estate of Joseph Galfy, III, it is hereby **ORDERED** that for the reasons set forth in the accompanying Memorandum filed by the Court along with this Order:

1.  All claims asserted by Plaintiff against the Estate of Joseph Galfy, III, for conspiracy to violate Plaintiff's due process rights are **DISMISSED** without prejudice from this litigation;

2.  All claims asserted by Plaintiff against the Estate of Joseph Galfy, III, for violation of Plaintiff's rights to equal protection under the law are **DISMISSED** from this litigation with prejudice;

3.  The Estate of Joseph Galfy, III, is **DISMISSED** from this litigation; and

4.  All cross-claims and/or counter-claims asserted by Defendants, James Galfy, *Individually and as Executor/Agent of the Estate of Joseph Galfy, III*, and the Estate of Joseph Galfy III, are **DISMISSED**.

2

The Clerk of Court is **DIRECTED** to mark this matter **CLOSED**, and Plaintiff McGillvary is **ORDERED** to make no further filing in this action which has been marked closed.  Therefore, the Clerk of Court is directed not to accept any further pleadings from Plaintiff McGillvary under this case caption – other than a notice of appeal – because Plaintiff McGillvary is enjoined from filing documents or things under the above case caption until such time as the Court lifts the injunction.

The Clerk of Court is **DIRECTED** to **IMMEDIATELY TRANSMIT** (mail) copies of this Order and accompanying Memorandum to *pro se* Plaintiff at the mailing address that he has identified on the docket for service of court papers.

**BY THE COURT:**

 /s/ John Milton Younge
Judge John Milton Younge
