**BARBARA S. SCHWARTZ, ESQ.**
37 Mountain Boulevard, Suite 1
Warren, NJ 07059
Bar Number 030481983
Mobile No.: 908-963-9921
Email: bsschw9211@yahoo.com

Sept 18, 2026

VIA CM/ECF
The Hon. John Milton Younge, U.S.D.J
United States District Court for the Eastern District of Pennsylvania
15613 U.S. Courthouse 601 Market Street
Philadelphia, PA 19106

Re: McGillvary v. Galfy, *et al.*
Docket No. 2:21-cv-17121-JMY

Dear Judge Younge:

I represent Defendants, James Galfy, individually and as Executor/agent, ("Executor") for the Estate of Joseph Galfy III, (the "Executor"), as well as the Estate of Joseph Galfy III (the "Estate") (collectively the "Galfy Defendants") in the above referenced matter.

A proposed hearing has been filed in this matter for Sept. 21, 2026, due to the newest filings by the Plaintiff Caleb McGillvary. Ecf 151 Due to my religious holidays, I request that this matter be scheduled for the next motion day, on or after October 9, 2026, to properly prepare a response on behalf the Galfy Defendants.

Sincerely yours,

Barbara Schwartz, Esq.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Sept 18, 2026 By: ______________________

Barbara Schwartz, Esq.
Attorney for Defendant James Galfy, Individually, and James Galfy as Executor of The Estate of Joseph J. Galfy 111and The Estate of Joseph J. Galfy 111.

**CERTIFICATION OF SERVICE**

I certify that I electronically filed this Letter and Certification of Service in this matter with the Clerk of the United States District Court Via ECF.

I forwarded a courtesy copy to Your Honor through the email.

I further certify that I have caused a copy of this Letter to Plaintiff pro se, Caleb McGillvary, via US Mail, to the following address of record:

Caleb L. McGillvary
1222665/SB1102317G
NCSP PO Box 861
Trenton, NJ 08625

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Sept 18, 2026,

By: ______________________

Barbara Schwartz, Esq.
Attorney for Defendant James Galfy, Individually, and James Galfy as Executor of The Estate of Joseph J. Galfy III and The Estate of Joseph J. Galfy 111.