**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| CALEB L. MCGILLVARY, | : | |
| | : | No. 21-cv-17121-JMY |
| vs. | : | |
| | : | |
| JAMES GALFY, *et al.* | : | |

**ORDER**

**AND NOW,** this 18th day of September, 2026, upon consideration of the *Motion to Amend Findings and to Amend or Alter the Judgment under Federal Rule of Civil Procedure 52(b) and 59(e)* filed by Plaintiff McGillvary (ECF No. 151), it is hereby **ORDERED** that:

1. Plaintiff McGillvary's *Motion to Amend Findings and to Amend or Alter the Judgment under Federal Rule of Civil Procedure 52(b) and 59(e)* is **DENIED**; and
2. Plaintiff McGillvary's *Written Objections to the Magistrate's Order* (ECF No. 87-1) are **OVERRULED** and his *Motion to Perpetuate the Testimony of Defendant James Galfy Under Federal Rule of Civil Procedure 27(b)* (ECF No. 74) is **DENIED**.[1]

It is further **ORDERED** that Plaintiff McGillvary is to make no further filings in this action which has been marked closed. Therefore, the Clerk of Court is **DIRECTED** not to accept any further pleadings from Plaintiff McGillvary under this case caption – other than a notice of appeal – because Plaintiff McGillvary is enjoined from filing documents or things under the above case caption until such time as the Court lifts the injunction.

The Clerk of Court is **DIRECTED** to **IMMEDIATELY TRANSMIT** (mail) copies of this Order to *pro se* Plaintiff at the mailing address that he has identified on the docket for service of court papers.

**BY THE COURT:**

/s/ John Milton Younge
Judge John Milton Younge

---

[1] Plaintiff McGillvary filed his *Motion to Amend Findings and to Amend or Alter the Judgment* in violation of the Court Ordered injunction that prevents him from filing any pleadings, papers or documents other than a notice of appeal. (See Order, ECF No. 150.) In his pending Motion, Plaintiff McGillvary argues that the Court needs to rule on his *Motion to Perpetuate the Testimony of James Galfy under Rule 27(b)*. (*Motion to Perpetuate Testimony under Rule 27(b)*, ECF No. 74.) Plaintiff's *Motion to Perpetuate the Testimony of James Galfy*

was denied without prejudice by United States Magistrate Judge Cathy L. Waldor on October 10, 2023. (Letter Order, ECF No. 85.) Thereafter, on October 23, 2023, Plaintiff McGillvary filed objections and took an appeal to the district court from Magistrate Judge Walder's Order that denied his *Motion to Perpetuate the Testimony of James Galfy*. (Objections, ECF No. 87-1.)

To the extent that Plaintiff McGillvary maintains viable objections to Magistrate Judge Waldor's denial of his motion to perpetuate testimony, those objections are overruled. Plaintiff McGillvary's *Motion to Perpetuate the Testimony of James Galfy under Rule 27(b)* is denied. In this motion to perpetuate testimony, Plaintiff requests permission to depose Defendant James Galfy. Defendant James Galfy is the brother of decedent Joseph Galfy, III, the man who Plaintiff McGillvary is convicted of murdering.

The Court will not require the family members of the man who Plaintiff McGillvary is convicted of murdering to sit through a deposition that is conducted by Plaintiff McGillvary. The Claims that Plaintiff McGillvary asserts against James Galfy and the Estate of Joseph Galfy, III, have either been completely dismiss or dismissed without prejudice based on the *Heck v. Humphrey* doctrine. Since Plaintiff McGillvary asserts no viable claims that remain pending against the Galfy Defendants, Defendant James Galfy does not need to testify at a deposition at this time.