Caleb L. McGillvary, Pro Se
#1222665/SBI#102317G NJSP
PO Box 861 Trenton, NJ 08625

October 9, 2026

Clerk, US Dist. Ct. - DNJ
US Courthouse
50 Walnut St.
Newark, NJ 07102

RE: Caleb L. McGIllvary v. James Galfy et al
Civil Action No. 2:21-cv-17121-JMY
Hon. John Milton Younge, U.S.D.J.

Dear Clerk;

Please find enclosed and file onto the docket the original and required copies of my notice of appeal of the U.S District Court's entry of a final appealable order in the above-captioned matter; as well as my motion for leave to proceed on original record, 6 month inmate account statement, and certification pursuant to F.R.A.P. 10(b)(1)(B); and proof of service thereof; in the above-captioned matter. Please note that I've been granted leave to proceed in forma pauperis in the Court Below. Thank you.

Kind Regards,

Caleb L. McGillvary
In Propria Persona

RECEIVED
OCT 19 2026
AT 8:30 ________ M
CLERK, U.S. DISTRICT COURT - DNJ

ENCL:
CC: FILE

PROOF OF SERVICE

I, Caleb L. McGillvary, declare pursuant to 28 U.S.C. 1746 that on today's date, I placed in the institutional mailing system here where I'm incarcerated at NJ State Prison 3rd & Federal Streets Trenton, NJ 08625; with First Class Postage prepaid to be sent via USPS Mail; the service copy of the following documents in the above-captioned matter to the Clerk of the District Court at USDC-DNJ US Courthouse 50 Walnut St. Newark, NJ 07102: the original and required copies of my notice of appeal of the U.S District Court's entry of a final appealable order in the above-captioned matter; as well as my motion for leave to proceed on original record, and certification pursuant to F.R.A.P. 10(b)(1)(B); in the above-captioned matter.

Pursuant to the prison mailbox rule, these documents are constructively filed as of the date of mailing. Pursuant to DNJ Local Civil Rules, upon said filing the Clerk files Plaintiff's document into the CM/ECF system. See DNJ L.Civ.R. 5.2.2 ("All civil ... cases and documents filed in this Court, will be entered into the Court's ECF System in accordance with these Procedures."). Upon entry of a document in CM/ECF, notice of electronic filing thereof ("NEF"); is automatically thereby sent to all CM/ECF-participating parties. See DNJ L.Civ.R. 5.2.1(d)("NEF is a notice automatically generated by the Electronic Filing System at the time a document is filed with the system..."). This NEF constitutes service upon all such parties. See DNJ L.Civ.R. 5.2.14(b)(1)("Transmission of the NEF constitutes service of the filed document on Filing Users"). Therefore, pursuant to this Court's Local Civil Rules, on today's date I have also served a copy of each said document on all appearing captioned Defendants, who are represented by CM/ECF-user Counsel.

I hereby invoke the prison mailbox rule.

I declare under penalty of perjury that the foregoing statements made by me are true and accurate.

Executed this 9 Day of OCTOBER, 2026

Caleb L. McGillvary, Pro Se
#1222665/SBI#102317G NJSP
PO Box 861 Trenton, NJ
08625-0861

Caleb L. McGillvary, Pro Se
#1222665/SBI#102317G
New Jersey State Prison
Po Box 861
Trenton, New Jersey
08625-0861

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CALEB L. MCGILLVARY<br>PLAINTIFF<br><br>V.<br><br>JAMES GALFY ET AL<br>DEFENDADTS | ) CIVIL ACTION NO.<br>) 2:21-cv-17121-JMY-CF<br>) Hon. John Milton Younge, USDJ<br>) MOTION DATE:<br>) To be determined by the Court<br>)<br>) |

NOTICE OF APPEAL

TO: CLERK, ALL CAPTIONED PARTIES

Please take notice that Plaintiff Caleb L. McGillvary hereby appeals to the United States Court of Appeals for the Third Circuit from the United States District Court for the District of New Jersey's SEPTEMBER 23, 2026 order in the above-captioned matter denying leave to conduct the deposition of James Galfy to perpetuate his testimony.

Plaintiff was granted leave to proceed in forma pauperis in the district court below, and is automatically entitled to proceed pro se on appeal. See F.R.A.P. 24(a)(3).

Respectfully submitted on this 9 Day of OCTOBER, 2026

[signature]
Caleb L. McGillvary, Pro Se
#1222665/SBI#102317G NJSP
PO Box 861 Trenton, NJ
08625-0861

RECEIVED

OCT 19 2026

AT 8:30 ________M
CLERK, U.S. DISTRICT COURT - DNJ

Caleb L. McGillvary, Pro Se
#1222665/SBI#102317G
New Jersey State Prison
Po Box 861
Trenton, New Jersey
08625-0861

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

| | |
|---|---|
| CALEB L. MCGILLVARY<br>PLAINTIFF<br><br>V.<br><br>JAMES GALFY ET AL<br>DEFENDADTS | ) USDC -DNJ CIVIL ACTION NO.<br>) 2:21-cv-17121-JMY-CF<br>) Hon. John Milton Younge, USDJ<br>) MOTION DATE:<br>) To be determined by the Court<br>) APP. NO. ___-_____<br>) |

MOTION UNDER F.R.A.P. 24(c) TO PROCEED ON ORIGINAL RECORD

Plaintiff Caleb L. McGillvary ("Plaintiff"), hereby moves the Honorable Judges of the U.S. Court of Appeals for the Third Circuit for an order granting him leave to proceed on the original reord on appeal.

As grounds for this request, Petitioner relies upon the following grounds in support of this motion:

1.) Plaintiff is proceeding in forma pauperis.

2.) On today's date, Plaintiff filed a notice of appeal of the Court Below's final appealable order.

3.) Plaintiff's appeal to this Court is taken in forma pauperis pursuant to F.R.A.P. 24(a)(3). Plaintiff may request that the appeal be heard on the original record. F.R.A.P. 24(c).

4.) Because there was no hearing, and the decision below rests solely on the papers filed by parties, Plaintiff respectfully

requests the Court to allow him leave to proceed on the original record.

CONCLUSION

For all the foregoing reasons, Plaintiff respectfully requests the U.S. Court of Appeals for the D.C. Circuit to allow him leave to proceed on the original record.

Date: 10/9/26

Respectfully Submitted,

Caleb L. McGillvary, ProSe
#1222665/SBI#102317GNJSP
PO Box 861, Trenton, NJ08625

Caleb L. McGillvary, Pro Se
#1222665/SBI#102317G
New Jersey State Prison
Po Box 861
Trenton, New Jersey
08625-0861

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CALEB L. MCGILLVARY<br>PLAINTIFF | ) CIVIL ACTION NO.<br>) 2:21-cv-17121-JMY-CF |
| | ) Hon. John Milton Younge, USDJ |
| V. | ) MOTION DATE: |
| | ) To be determined by the Court |
| JAMES GALFY ET AL<br>DEFENDADTS | )<br>) |

CERTIFICATE PURSUANT TO FED. R. APP. P. 10(b)(1)(B)

I, Caleb L. McGillvary ("Plaintiff"), hereby declare pursuant to 28 U.S.C. 1746 the following:

1.) I am the pro se plaintiff in the above-captioned matter.

2.) I certify pursuant to Fed. R. App. P. 10(b)(1)(B) that I will not be ordering a transcript, because there is no transcript to order. Under F.R.A.P. 24, this in forma pauperis proceeding will be heard on the original record.

I declare under penalty of perjury that the foregoing statements are true and accurate.

Executed this 9 day of OCTOBER, 2026

Caleb L. McGillvary, ProSe
#1222665/SBI#102317GNJSP
PO Box 861, Trenton,
NJ08625